Order Appointing Representative of Decedent's Estate - Intestate  (Rev. 9/24/01) CCP 0314

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, PROBATE DIVISION

ESTATE OF )
)
ANTONIO FIERRO, ) No. 2013 P 5649
Deceased. )

ORDER APPOINTING REPRESENTATIVE OF DECEDENT'S ESTATE - INTESTATE

On the verified petition of __ANAIS ORTIZ__ for issuance of letters of office.

IT IS ORDERED that:

1. Letters of office as **INDEPENDENT ADMINISTRATOR**

   ☐ 4243 (supervised administrator)               ☐ 4248 (independent administrator to collect)
   ☐ 4249 (supervised administrator to collect)    x 4230 (independent administrator)
   ☐ 4237 (supervised administrator de bonis non)  ☐ 4236 (independent administrator de bonis non)
   ☐ 4227 (supervised co-administrators)           ☐ 4231 (independent co-administrators)

issue to __ANAIS ORTIZ__

*2. ~~The representative file an inventory within 60 days.~~ 4192

3. A verified report per 5/28-11 or an accounting per 5/24-1 shall be filed by or the representative must appear in court on __12/4/14__, at 10:00 a.m. (14 months after letter issued).

Atty No. 48743
Name Priscilla Singer
Firm Name Garofalo Law Group
Attorney for Representative
Address 161 N. Clark St., Ste. 4700
City & Zip Chicago, Illinois 60601
Telephone (312) 753-6000

ENTERED OCT -3 2013
Assoc. Judge Judge Susan Coleman 1747
Judge's No.

*Strike if not applicable.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

PLAINTIFF'S EXHIBIT C