IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ANAIS ORTIZ, Individually and as Special Administrator of the Estate of ANTONIO ORTIZ, ))) | |
| Plaintiff, )) | |
| v. )) | No. |
| VHS WEST SUBURBAN MEDICAL CENTER, INC., PCC COMMUNITY WELLNESS CENTER, and CHRISTINE SWARTZ, M.D., ))))))) | |
| Defendants, )) | |
| PAUL LUNING, M.D., ))) | |
| Respondent in Discovery. ) | |

### REPORT OF REVIEWING HEALTH PROFESSIONAL
### (PCC COMMUNITY WELLNESS CENTER)

1. That the undersigned is a Board Certified physician specializing in Obstetrics and Gynecology, licensed to practice medicine in all of its branches in the State of Illinois, has practiced medicine within the last six (6) years, and is knowledgeable in the relevant issues involved in this particular action. The undersigned is further knowledgeable with the applicable standards of care that apply to a physician or medical institution who undertakes to provide treatment to a person with similar circumstances presented by ANAIS ORTIZ and ANTONIO ORTIZ.

2. That the undersigned has reviewed medical records from PCC Community Wellness Center, West Suburban Medical Center, and Children's Memorial Hospital.

3. That the undersigned has gleaned the following information from said medical records:

On December 6, 2011, Anais Ortiz was a 25 year-old female with a medical history of a prior cesarean section, gestational diabetes and hypertension. Prior to December, Ms. Ortiz had been treated by PCC Community for pre-natal care. She presented to the West Suburban Medical Center Labor and Delivery unit on December 6, 2011 with ruptured membranes. Christine Swartz, M.D. was the attending physician at the time of Ms. Ortiz's admission. Upon her admission, Ms. Ortiz was experiencing painful continuous contractions and was started on low dose Pitocin at 6:00 a.m. on December 7, 2011 per the order of Paul Luning, M.D. An epidural was inserted at approximately 10:00 a.m., also per the order of Paul Luning, M.D.

PLAINTIFF'S EXHIBIT

On December 7, 2011 at approximately 11:30 p.m., a cesarean section was performed by Christine Swartz, M.D. Ms. Ortiz's uterus was noted to be ruptured and it was also noted that she had sustained severe blood loss. The male infant, Antonio Ortiz, required resuscitation soon after birth. Subsequently, Antonio remained in critical condition and was transferred to Children's Memorial Hospital on December 8, 2011.

On December 11, 2011, a MRI of the Brain performed at Children's Memorial Hospital demonstrated hypoxic-ischemic injury. Ultimately, on December 16, 2011, supportive care was withdrawn and Antonio died.

4. It has been represented to me that Dr. Swartz is an employee of PCC COMMUNITY WELLNESS CENTER. I am therefore of the opinion that the Defendant, PCC COMMUNITY WELLNESS CENTER, was guilty of one or more of the following careless and negligent acts or omissions:

    a. Failed to timely perform a cesarian section;

    b. Failed to sufficiently and timely evaluate ANAIS ORTIZ;

    c. Failed to adequately monitor fetal heart rate activity;

    d. Failed to appreciate the alarming features on the fetal heart rate monitor; and

    e. Failed to appreciate ANAIS ORTIZ's VBAC status.

5. That the undersigned is of the opinion that the above-referenced deviations proximately caused ANTONIO ORTIZ's death and injury to ANAIS ORTIZ.

6. Accordingly, I am of the opinion that there is reasonable and meritorious cause for filing a lawsuit against Defendant, PCC COMMUNITY WELLNESS CENTER.

KRALOVEC, JAMBOIS & SCHWARTZ
60 West Randolph Street
Fourth Floor

Chicago, IL 60601
(312) 782-2525