UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANAIS ORTIZ, as Independent Administrator of the Estate of ANTONIO FIERRO, Deceased, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 13 CV 7626 Judge John Robert Blakey |
| UNITED STATES OF AMERICA, | ) ) ) | Magistrate Judge Mary K. Rowland |
| Defendant. | ) | |

**ORDER APPROVING SETTLEMENT**

THIS CAUSE coming on to be heard on Petition of, ANAIS ORTIZ, as Independent Administrator of the Estate of ANTONIO FIERRO, Deceased, by and through her attorneys, KRALOVEC, JAMBOIS & SCHWARTZ, for the entry of an Order approving a settlement in the amount of ONE MILLION and 00/100 ($1,000,000.00) DOLLARS, the Court finds as follows:

1. That Plaintiff has alleged that Anais Ortiz received negligent care by PCC Community Wellness physicians. Specifically, it is alleged that the PCC Community Wellness physicians failed to adequately monitor Ms. Ortiz throughout her labor, and failed to timely perform a cesarean section on December 7, 2011, while she was a patient at West Suburban Medical Center. Plaintiff alleges that a result of Defendant's failure to adequately monitor and treat Anais Ortiz, her son, Antonio Fierro, was born with a significant brain injury and died shortly thereafter. A lawsuit was filed by the Plaintiff against United States of America, alleging that they failed to adequately treat Antonio Fierro on December 7, 2011.

2. That Antonio Fierro died on December 16, 2011, and Anais Ortiz was appointed as Independent Administrator of Antonio Fierro's Estate by the Probate Division of the Circuit Court of Cook County Case No. 2013 P 5649 to administer the Estate of Antonio Fierro, Deceased. See a copy

1

of the Order Appointing Representative of Decedent's Estate – Intestate and Letters of Office attached hereto as Exhibit A.

3. As a result of the aforesaid occurrence, the Petitioner filed a claim pursuant to Wrongful Death and Survival against the United States of America, pursuant to the Federal Tort Claims Act.

4. That Anais Ortiz, retained the legal service of Kralovec, Jambois & Schwartz, to represent the Estate of Antonio Fierro, Deceased in the aforesaid claim.

5. That an offer to settle the Wrongful Death and Survival claims has been made on behalf of the Defendant, United States of America, in the amount of ONE MILLION and 00/100 ($1,000,000.00) DOLLARS (with $975,000.00 being attributed to Wrongful Death and $25,000.00 being attributed to Survival).

6. The settlement of ONE MILLION and 00/100 ($1,000,000.00) is fair and reasonable and Anais Ortiz, the Independent Administrator, is authorized to accept said settlement.

7. The attorneys for Petitioner, Kralovec, Jambois & Schwartz, are entitled to fees in the amount of TWO HUNDRED FIFTY THOUSAND and 00/100 ($250,000.00) DOLLARS.

8. The attorneys for Petitioner, Kralovec, Jambois & Schwartz, are entitled to reimbursement for expenses attributable to this lawsuit and incurred by Kralovec, Jambois & Schwartz in the amount of THIRTY-THREE THOUSAND, SIXTY SEVEN and 28/100 ($33,067.28) DOLLARS as itemized in Exhibit B.

9. That Medicaid has asserted a lien which has been adjudicated by the Court and allowed in the sum of TWENTY-FIVE THOUSAND and 00/100 ($25,000.00) relative to the alleged negligence and claimed injuries.

10. That there are no other liens asserted in this matter.

11. That the next of kin (heirship as set forth in 755 5/2-1 et seq.) of the Decedent is as follows:

| Name | Relationship | Adult, Disabled Adult, Minor |
|---|---|---|
| Anais Ortiz | Mother | Adult |
| Ricardo Fierro | Father | Adult |
| Ricardo Fierro, Jr. | Brother | Minor |

12. That the percentage of dependency determined by this Court for the next of kin (heirship as set forth in 755 5/2-1 et seq.) of the Decedent, as identified in paragraph 11, is as follows:

| Name | Percentage of Dependency | Amount |
|---|---|---|
| Anais Ortiz | 42.5% | $283,446.40 |
| Ricardo Fierro | 42.5% | $283,446.40 |
| Ricardo Fierro, Jr. | 15.0% | $100,039.92 |

13. That after the deduction of attorneys' fees, attorneys' itemized costs, and the Medicaid lien, the net amount distributable for the Wrongful Death proceeds to the *adult* next of kin is $566,892.80 and should be distributed in accordance with the above percentages of dependency.

14. That after the deduction of attorneys' fees, attorneys' itemized costs, and the Medicaid lien, the net amount distributable for the Wrongful Death proceeds to the *minor* next of kin is $100,039.92 and is not to be distributed until a Guardian is appointed by the Probate Division or Circuit Court where the minor resides and approval by said Court is obtained.

15. The net amount distributable for the Survival proceeds to the Estate of Antonio Fierro is allowed in the sum of TWENTY-FIVE THOUSAND and 00/100 ($25,000.00).

16. The following Probate expenses claimed herein are as follows and appear reasonable, however, reimbursement of the same must be obtained from the Probate estate:

| Description | Amount |
|---|---|
| Bond Fee – Di Domenico Agency | $75.00 |
| Filing Fee - Clerk of the Circuit Court of Cook County | $422.00 |

17. That the settlement proceeds should be distributed in accordance with the above percentages of dependency and as stated above:

| Description | Amount |
|---|---|
| Attorneys' Fees - Kralovec, Jambois & Schwartz | $250,000.00 |
| Attorneys' Expenses - Kralovec, Jambois & Schwartz | $33,067.28 |
| Medical Lien - Medicaid | $25,000.00 |
| Estate of Antonio Fierro | $25,000.00 |
| Anais Ortiz | $283,446.40 |
| Ricardo Fierro | $283,446.40 |
| Ricardo Fierro, Jr., a minor | $100,039.92 |
| **TOTAL** | **$1,000,000.00** |

18. The Defendant, UNITED STATES OF AMERICA, is hereby dismissed and this claim is dismissed in its entirety with prejudice and without costs pursuant to settlement of this matter.

IT IS FURTHER ORDERED: that the settlement is approved and ANAIS ORTIZ, as Independent Administrator of the Estate of ANTONIO FIERRO, Deceased, is authorized and directed to execute releases upon receipt of the sum offered and to distribute the proceeds in accordance with the provisions of this Order provided that any monies payable to Ricardo Fierro, Jr., a minor, shall be paid only after a Guardian is appointed by the probate division of the circuit court where the minor resides and this Order shall be effective only after the entry in the appropriate probate division of an order approving the bond or other security required to administer the settlement and distribution provided for in this order.

ENTERED: _Mary M Rowland_

Mary M. Rowland
JUDGE

10-30-15

KRALOVEC, JAMBOIS & SCHWARTZ
60 West Randolph Street
Fourth Floor
Chicago, IL 60601
(312) 782-2525

Order Appointing Representative of Decedent's Estate - Intestate (Rev. 9/24/01) CCP 0314

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, PROBATE DIVISION

ESTATE OF )
)
ANTONIO FIERRO, ) No. 2013 P 5649
Deceased. )

ORDER APPOINTING REPRESENTATIVE OF DECEDENT'S ESTATE - INTESTATE

On the verified petition of __ANAIS ORTIZ_____ for issuance of letters of office.

IT IS ORDERED that:

1. Letters of office as __INDEPENDENT ADMINISTRATOR__
   - ☐ 4243 (supervised administrator)
   - ☐ 4249 (supervised administrator to collect)
   - ☐ 4237 (supervised administrator de bonis non)
   - ☐ 4227 (supervised co-administrators)
   - ☐ 4248 (independent administrator to collect)
   - ☒ 4230 (independent administrator)
   - ☐ 4236 (independent administrator de bonis non)
   - ☐ 4231 (independent co-administrators)

issue to __ANAIS ORTIZ_____

~~2.   The representative file an inventory within 60 days.   4192~~

3. A verified report per 5/28-11 or an accounting per 5/24-1 shall be filed by or the representative must appear in court on __12/4/14__, at 10:00 a.m. ____ (14 months after letter issued).

Atty No. __48743__
Name __Priscilla Singer__
Firm Name __Garofalo Law Group__
Attorney for __Representative__
Address __161 N. Clark St., Ste. 4700__
City & Zip __Chicago, Illinois 60601__
Telephone __(312) 753-6000__

ENTERED OCT -3 2013
Assoc. Judge Judge Susan Coleman 1747
Judge's No.

*Strike if not applicable.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

Exhibit A

| Date | Num | Payee | Memo | Amount |
|---|---|---|---|---|
| 11/13/2012 | 11673 | Sheriff - Cook County | Ortiz-Service fees | -240.00 |
| 11/06/2012 | 11580 | Clerk of Court - Cook County | Ortiz-Filing fees | -567.00 |
| 11/06/2012 | 11589 | FedEx | Ortiz-Delivery | -17.68 |
| 06/11/2012 | 10897 | Health Port | Ortiz-Medical records | -111.78 |
| 04/27/2012 | 10643 | Midwest Medical Records Assoc. | Ortiz-Medical records | -71.09 |
| 04/17/2012 | 10549 | Community Wellness Center | Ortiz-Medical Records | -24.81 |
| 01/31/2012 | 10207 | Health Port | Ortiz-Medical records | -55.46 |
| | | | | -33,067.28 |